FILED

2022 JAN -7 AM 11:52

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIF.
LOS ANGELES

BY ___JB___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 22MJ00086 |
|---|---|
| PLAINTIFF(S) v. | 21-cr-00145-AJB-2 |
| LISA MARIE CLUNE  DEFENDANT(S). | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Arrest Warrant
in the Southern District of California on 12/28/2021
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about 11/16/2021
in violation of Title 18 U.S.C., Section(s) 3583(e)2
to wit: Probation Violation

A warrant for defendant's arrest was issued by: The Honorable Anthony J. Battaglia

Bond of $ NO BAIL _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                Date

M. Starr
**Signature of Agent**

**Print Name of Agent**

_[signature]_
**Agency**

USMS
**Title**

CR-52 (03/20)                DECLARATION RE OUT-OF-DISTRICT WARRANT